# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>             Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>             Defendants. | Case No. 1:15-cv-00415-DLB PC<br><br>ORDER STRIKING<br>UNSIGNED FILING<br>(Document 1)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Frank Lee Dearwester ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 26, 2015, and it was transferred to this Court on March 16, 2015. However, Plaintiff neglected to sign his complaint. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's complaint is STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131. <u>Plaintiff has thirty (30) days from the date of service of this order to file a signed complaint and if he fails to do so, this action will be dismissed, without prejudice.</u>

IT IS SO ORDERED.

   Dated:   **March 19, 2015**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE

1