1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    FRANK LEE DEARWESTER,                    Case No. 1:15-cv-00415-DLB PC

12              Plaintiff,                     ORDER DENYING PLAINTIFF'S MOTION
                                               FOR ENDORSED COPY OF COMPLAINT
13         v.
                                               (Document 9)
14    CDCR, et al.,

15              Defendants.

16

17        Plaintiff Frank Lee Dearwester ("Plaintiff") is a California state prisoner proceeding pro se in

18   this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 26, 2015, and it

19   was transferred to this Court on March 16, 2015.[1]

20        On March 20, 2015, the Court struck Plaintiff's complaint as unsigned an ordered him to file

21   a signed complaint within thirty (30) days of the date of service.  He has not yet filed an amended

22   complaint.

23        On March 23, 2015, Plaintiff filed a motion requesting an endorsed copy of his complaint.

24   He states that he filed numerous actions against the same Defendants and cannot tell the cases apart

25   by the "arbitrary" case numbers.  ECF No. 9, at 1.  He also states that he needs the copies to serve

26   the other parties.

27

28
─────────────────────────
[1] The case number prior to transfer was 2:15-cv-00444 DAD.  Plaintiff used that case number on this filing.  He is
advised that he must use the correct case number, 1:15-cv-00415-DLB, on all future filings.

1

1    Plaintiff's motion is DENIED.  Plaintiff states that he is proceeding in forma pauperis and

2    could not afford to submit a self-addressed stamped envelope for the copies.  The fact that the Court

3    has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of

4    documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies

5    without cost to an indigent petitioner except by order of the judge.

6    To assist Plaintiff, he is advised that this action is filed against Defendants CDCR, North

7    Kern State Prison, Quest Diagnostics, K. Odeluga, A. Shittu, Krzysiak and R. Robles, and alleges

8    and Eighth Amendment medical claim regarding an August 2013, HIV blood test.

9    Plaintiff is also advised that he need not serve any documents on other parties at this time.  If

10   and when the Court screens his complaint and finds a cognizable claim, the Court will instruct

11   Plaintiff on service.

12   IT IS SO ORDERED.

13

14   Dated:   **March 26, 2015**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28