# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>        Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00415-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE |

      Plaintiff Frank Lee Dearwester ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 26, 2015, and it was transferred to this Court on March 16, 2015.

      On March 20, 2015, the Court struck Plaintiff's complaint as unsigned an ordered him to file a signed complaint within thirty (30) days of the date of service. Over thirty (30) days have passed and Plaintiff has not filed an amended complaint.

      Accordingly, Plaintiff is ORDERD TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff shall file a

///

///

///

///

response to this order within thirty (30) days of the date of service.  Plaintiff may also comply with this order by filing a signed amended complaint pursuant to the March 20, 2015, order.

<u>Failure to file a response will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **May 18, 2015**                                  /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE