UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>            Plaintiff,<br><br>      v.<br><br>CDCR, et al.,<br><br>            Defendants. | Case No. 1:15-cv-00415-DLB PC<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br>(Document 15)<br><br>ORDER DENYING PLAINTIFF'S REQUEST<br>TO CONSOLIDATE CASES AS MOOT<br>(Document 16-1) |

Plaintiff Frank Lee Dearwester ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 26, 2015, and it was transferred to this Court on March 16, 2015.

On March 20, 2015, the Court struck Plaintiff's complaint as unsigned an ordered him to file a signed complaint within thirty (30) days of the date of service.

After the deadline passed, the Court issued an order to show cause on May 18, 2015.

On June 5, 2015, Plaintiff filed a response to the order to show cause and a request to consolidate this action with 1:15-cv-00621-SKO (PC).  Based on his response, it appears that Plaintiff's amended complaint was filed in a new action.  Plaintiff now requests to consolidate the two actions.

1

1  On June 9, 2015, the Court granted Plaintiff's motion to consolidate in 1:15-cv-00621-SKO
2  (PC) and dismissed the action as duplicative.  The Court ordered the Clerk to file the amended
3  complaint into the instant action.
4  Accordingly, the order to show cause is DISCHARGED and Plaintiff's request to consolidate
5  the actions is DENIED AS MOOT.  Plaintiff's June 9, 2015, First Amended Complaint will be
6  screened in due course.

IT IS SO ORDERED.

Dated:   **June 10, 2015**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE