# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00415-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND REQUEST FOR DOCUMENTS<br>(Document 26)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPIES OF DOCUMENTS |

Plaintiff Frank Lee Dearwester ("Plaintiff") is a California state prisoner proceeding pro se and informa pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 26, 2015, and it was transferred to this Court on March 16, 2015.

Plaintiff filed a First Amended Complaint on June 9, 2015. The Court screened the complaint and dismissed it with leave to amend on October 28, 2015. Plaintiff was ordered to file an amended complaint within thirty (30) days.

Since that order, Plaintiff has requested and received three extensions of time. Given the amount of time Plaintiff has received, the February 22, 2016, order granting his request for additional time noted that further extensions would not be granted absent extraordinary circumstances.

///

1

On March 14, 2016, Plaintiff filed a request for judicial notice and copies of documents. He states that on January 10, 2016, he was transferred to another institution. During the transfer, two-thirds of his legal work was lost, including documents from this case. Plaintiff states that he notified the Court of this issue in his prior request for an extension.

For good cause, Plaintiff's motion is GRANTED. The Clerk of Court SHALL send Plaintiff a copy of his First Amended Complaint (Document 17) and the Court's October 28, 2015, order (Document 19).[1]

<u>Plaintiff's amended complaint SHALL be due within thirty (30) days of the date of service of this order. At this point, Plaintiff has had over four months of additional time. He is expected to file his amended complaint in the next thirty (30) days.</u>

IT IS SO ORDERED.

Dated:   **March 16, 2016**                        /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requests copies of all documents in this action. However, the Clerk of Court does not generally provide free copies of documents, and Plaintiff's in forma pauperis status does not entitled him to free copies. In this instance, the Court will permit the Clerk to send Plaintiff only the most pertinent documents necessary for filing an amended complaint. To the extent that Plaintiff wants additional documents, the Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. To request copies, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.